Order filed November 16, 2017



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00826-CV
_____

**GENETIC KEDMEOFF, LLC, JOY YOGA CENTER, LLC SOURCE STREET, LLC JEMSU (HOUSTON) LLC, JEMSU, LLC, MARIJUANA MARKETING GURUS, LLC AND KYROZEN, LLC,** Appellants

**V.**

**SIGNET INTERACTIVE, LLC KRISTEN BAKER, ASHKLEY MATHIS AND RYAN MATHIS, INDIVIDUALLY AND AS MEMBERS OF SIGNET INTERACTIVE, LLC,** Appellees

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-31806**

---

# O R D E R

The notice of appeal in this case was filed October 13, 2017. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute

or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **December 1, 2017.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM